

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00225-CV

———————————————

ANNA SPOHN WELCH MARSH AND ANNA MARSH 205 S-CORP LIVING TRUST, Appellants

V.

CALIFORNIA NOEL MARSH, Appellee

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. D2019135

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 29, 2022